# Exhibit 2

| US6934714B2 | Mercari, Inc. ("The accused instrumentality") |
|---|---|
| 9. A method in a computer system for indicating a family relationship among a plurality of data records in a data repository to a designated record, each record having a plurality of data fields with values, comprising:<br><br>*Col 5: Lines 7-9*<br><br>*"The data records might contain fields such as names, aliases, nationality, drivers license no., eye color, crime statistics, blood type, genetic information, etc."* | The accused instrumentality discloses a method in a computer system (e.g., laptop, PC, etc. enabled with the accused instrumentality) for indicating a family relationship (e.g., hierarchical relationship between product records) among a plurality of data records (e.g., plurality of product records) in a data repository (e.g., server of the accused instrumentality) to a designated record (e.g., particular product record), each record (e.g., each product record) having a plurality of data fields (e.g., data fields such as brand, size, condition, etc.) with values (e.g., content regarding the data field such as 'Hobibear', '10 (43)', 'New', etc.).<br><br>As shown, Mercari is an e-commerce platform that includes multiple records for products where each product is included in a particular product category which also includes subcategories indicating family relationship among plurality of product records and each product record has associated data fields such as brand, size, condition, etc., with values such as 'Hobibear', '10 (43)', 'New', etc. |



https://www.mercari.com/



http://web.archive.org/web/20230418055323/https://www.mercari.com/



https://www.mercari.com/us/category/shoes-39/



https://www.mercari.com/



https://www.mercari.com/us/category/shoes-39/



https://www.mercari.com/us/category/athletic-shoes-for-men-397/



https://www.mercari.com/us/item/m89191892993/?ref=category_detail

| automatically determining a set of data records from the plurality of data records that relate directly to the designated record and data records that relate indirectly to the designated record; and | The accused instrumentality discloses automatically determining a set of data records (e.g., set of product records) from the plurality of data records (e.g., plurality of product records) that relate directly to the designated record (e.g., particular product record) and data records (e.g., set of product records) that relate indirectly to the designated record (e.g., particular product record). |
| | As shown, Mercari is an ecommerce platform that includes multiple records for products where each product is included in a particular product category which also includes subcategories indicating family relationship among plurality of product records. The plurality of product records includes a set of product records that relate directly to the |

particular product record/category such as 'shoes' and a set of product records that relate indirectly to the particular product record/category such as 'shoes' through subcategory record such as 'athletic'.



https://www.mercari.com/us/category/shoes-39/



https://www.mercari.com/us/category/athletic-shoes-for-men-397/

| | |
|---|---|
| adding the designated record to the determined set when it is automatically determined that the designated record is not a duplicate of a data record in the determined set; and | The accused instrumentality discloses adding (e.g., adding/importing) the designated record (e.g., particular product record) to the determined set (e.g., set of product records) when it is automatically determined that the designated record (e.g., particular product record) is not a duplicate of a data record (e.g., product record) in the determined set (e.g., set of product records).<br><br>As shown, Mercari is an e-commerce platform that includes multiple records for products where each product is included in a particular product category. The accused instrumentality allows the seller to add or import the product items on the accused instrumentality which will be published only if the product record is not duplicate. The |

| Col 6: Lines 29-33 | accused instrumentality automatically detects the duplicate product listings and removes them during the import such that it only adds the unique (non-duplicate) products. |
|---|---|
| *"a record is a duplicate is based upon what fields are being used in the comparison and whether those fields need to completely match (as in string identity); partially match (as in a subset string match); sound alike, look similar, etc."* |  |
| **Col 8: Lines 8-13** | |
| *"The auto de-duplication engine **510** is invoked to set up and/or maintain the data records whenever a new data record is to be added. Typically, records are added in bulk, such as during an "import" process, or one at a time, either manually, or indirectly* | https://www.youtube.com/watch?v=ahhHs5lc5BI |

| | |
|---|---|
| *from, for example, other code"*<br><br>Col 14: Lines 44-48<br><br>*"an automatic de-duplication/consolidation process is performed to determine whether the designated record should be deleted as a "real" duplicate, consolidated (merged) with another record, or left alone"* | **Can I publish multiple listings for the same item?**<br><br>Each listing must represent an item that is available for purchase. Multiple listings for the same item will be removed.<br><br>Trying to show additional details of your item? You can add up to 12 photos in a single listing.<br><br>http://web.archive.org/web/20221028141546/https://www.mercari.com/us/help_center/article/362/ |

| | |
|---|---|
| | **What happens after I import my listings?**<br>Imported items are put into your drafts and will need to be activated prior to becoming listings on Mercari. If an imported listing doesn't have all the required information to post, it will be put into the "Action Required" section of your drafts.<br><br>**How long does the import process take?**<br>Processing time can vary depending on how many listings are being imported. Most imports should complete within a couple minutes.<br><br>**If I update the original listing on eBay, Poshmark or Depop, will my Mercari listing automatically be updated?**<br>No. Once imported, the item exists separately from the original listing and it will need to be updated individually.<br><br>**What happens if I try to import duplicate items?**<br>Duplicates are removed automatically during the import.<br><br>https://www.mercari.com/us/help_center/article/609/<br><br><br>Items that are known or suspected to be replicas, imitations, or in any way not authentic should not be listed on Mercari.<br><br>https://www.mercari.com/us/help_center/article/457/ |
| automatically | The accused instrumentality discloses automatically associating with each record (e.g., |

| | |
|---|---|
| associating with each record of the determined set an indication of membership in at least one family relationship. | product record) of the determined set (e.g., set of product records) an indication of membership (e.g., product path/location) in at least one family relationship (e.g., hierarchical relationship between product records).<br><br>As shown, Mercari is an e-commerce platform that includes multiple records for products where each product is included in a particular product category which also includes subcategories indicating family relationship among plurality of product records. The accused instrumentality allows the seller to add the product items on the accused instrumentality within a particular category. Once the product is added, the accused instrumentality automatically includes a product within a category/subcategory and automatically associates a product path with each product that indicates membership in a family relationship. |



https://www.youtube.com/watch?v=ahhHs5lc5BI



https://www.youtube.com/watch?v=ahhHs5lc5BI



https://www.mercari.com/



https://www.mercari.com/us/category/shoes-39/



https://www.mercari.com/us/category/athletic-shoes-for-men-397/



https://www.mercari.com/us/item/m89191892993/?ref=category_detail